FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ JUL 22 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

STEPHEN LOCURTO,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.
----------------------------------------------------------X

ORDER

10-CV-4589 (NGG)

NICHOLAS G. GARAUFIS, United States District Judge.

Petitioner's motion to stay proceedings relating to his petition under 28 U.S.C. § 2255 pending the Supreme Court's decision in Lafler v. Cooper, No. 10-209 (U.S. Jan. 7, 2011) is GRANTED. (See Docket Entry # 7.) The Government shall file a motion proposing a briefing schedule no later than fourteen days after the Supreme Court issues its decision in Lafler.

The Clerk of Court is directed to choose a United States Magistrate Judge to decide non-dispositive matters in this case by random selection. Petitioner's motion to appoint counsel (Docket Entry # 4) is referred to the Magistrate Judge for decision pursuant to 28 U.S.C. § 636(b)(1)(A) and Federal Rule of Civil Procedure 72(a). The Magistrate Judge shall decide whether or not to stay Petitioner's motion to appoint counsel until after the Supreme Court's decision in Lafler.

SO ORDERED.

                                            s/Nicholas G. Garaufis

Dated: Brooklyn, New York
       July 20, 2011

                                            NICHOLAS G. GARAUFIS
                                            United States District Judge