| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN | DATE: | 5/24/2012 |
| | U.S. MAGISTRATE JUDGE | TIME: | 2:00 p.m. |

*Stephen LoCurto v. United States*
10-CV-4589 (NGG) (JO)

TYPE OF CONFERENCE:  *Curcio* Hearing

APPEARANCES:   Petitioner    Alan M. Nelson (counsel)
                              Stephen LoCurto (client, by telephone)

                Respondent    Amanda Hector

SCHEDULING: There are no further conferences scheduled before me at this time.

THE FOLLOWING RULINGS WERE MADE:

1. I conducted a *Curcio* hearing and accepted the petitioners voluntary, knowing, and intelligent waiver of the potential conflict of interest arising from his current representation by Mr. Nelson.

2. I authorized Mr. Nelson to use CJA funds to engage an investigator to gather facts in support of the petition.

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge