## STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

November 10, 2021

**By ECF**

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Stephen LoCurto v. United States of America*, **10-CV-4589 (NGG)**

Dear Judge Garaufis:

      I write in response to Your Honor's October 29, 2021, Order requesting a status report from the parties and seeking additional clarification regarding the Petitioner's request for new counsel.

      I have discussed these issues with co-counsel, Bernard K. Freamon. He respectfully declines to discuss <u>any</u> substantive matters with me as per Mr. LoCurto's direction.

      Accordingly, I renew my August 23, 2021, request to be relieved as counsel as I currently am in an untenable position. Mr. LoCurto and Mr. Freamon have declined to permit me to continue to engage as counsel representing Mr. LoCurto.

      Very truly yours,

      *James Roth*

      James Roth, Esq.

cc:    Bernard K. Freamon, Esq. (By ECF)
         Stephen LoCurto (By First Class Mail)