

SCHOOL OF LAW
FACULTY

Seton Hall University

One Newark Center, Newark, New Jersey 07102-5210
Main No. (973) 642-8800
Fax Nos. (973) 642-8194 / 8546
Internet: Http://law.shu.edu

November 12, 2021

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    LoCurto v. United States, 10-CV-4589 (NGG)
             _Related to_ United States v. LoCurto, 03-CR-1382 (NGG)

Dear Judge Garaufis:

Following up on my earlier submission, please be advised that I received the following secure communication from the BOP this evening.

```
MDC Brooklyn's medical staff spoke with the Assistant Director of
Nursing, at REDACTED today. Mr. Locurto was seen yesterday by a
Wound Care Specialist, who sees him on a weekly basis. He still needs
need special medical attention and will need to stay there at least for
another couple of weeks.

Thank you.

Sincerely,
Irene Chan
Attorney Advisor
MDC Brooklyn / MCC New York
100 29th Street
Brooklyn, NY 11232
(P) 718-840-4746
(F) 718-840-4250
```

Respectfully Submitted,

Bernard K. Freamon