

SCHOOL OF LAW
FACULTY

Seton Hall University

One Newark Center, Newark, New Jersey 07102-5210
Main No. (973) 642-8800
Fax Nos. (973) 642-8194 / 8546
Internet: Http://law.shu.edu

April 26, 2022

Honorable Nicholas G. Garaufis, U.S.D.J.
United States District Judge
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

RE: **LoCurto v. United States**
**Civ. No. 10-4589 (NGG)(RLM)**

Dear Judge Garaufis:

The BOP has transferred Mr. LoCurto to MDC Los Angeles for the purpose of conducting the evaluation ordered by your honor on March 3, 2022. I have received notification from the BOP that the evaluation has commenced.

Mr. LoCurto has been communicating with me by text message and he has made several requests for documents. On April 14, 2022, I mailed legal correspondence to Mr. LoCurto, properly addressed to him at MDC Los Angeles. The postal service indicates that the BOP picked up the letter, under tracking number 9505514194032104464450, from the post office on April 18, 2022 at 9:13 am. Mr. LoCurto indicated to me tonight that he still has not received this letter.

I write to report this fact to you. I plan to place a second letter containing legal correspondence in the mail to him tomorrow. I need not impress upon you the importance of Mr. LoCurto being able to timely receive correspondence from his lawyer. Please take steps to order the BOP and the government to find and deliver the correspondence I mailed to him on April 14 and to cease and desist from delaying or interfering with the timely delivery of my correspondence to him in the future.

The Catholic University in New Jersey - founded in 1856

Very truly yours,

Bernard K. Freamon, Esq.
Attorney for Stephen LoCurto