

SCHOOL OF LAW

One Newark Center, Newark, New Jersey 07102-5210

March 13, 2023

Honorable Nicholas G. Garaufis, U.S.D.J.
United States District Court
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    **RE: LoCurto v. United States**
    **Civ. No. 10-4589 (NGG-SJB)**
    **By ECF**

Dear Judge Garaufis:

My client has been asking about the status of his psychological evaluation, conducted by the BOP pursuant to your order, and when we might have a report. As you know, he was transported to MDC Los Angeles last spring and he endured two surgeries on his spine while in Los Angeles, spending most of his time in the hospital. He cooperated with the evaluation and he was returned in MDC Brooklyn on or about December 22, 2022, almost three months ago.

I respectfully request an update on when we might have a report.

Very truly yours,

Bernard K. Freamon, Esq.
Attorney for Stephen LoCurto
cc: Kristen Mace, Esq., AUSA
    Tanya Hajjar, Esq., AUSA