12/25/22

Stephen LoCurto #58095-053
MDC Brooklyn
PO Box 329002
Brooklyn NY 11232

Received in P-drive
on 04/17/2023
EG

United States District Court
Eastern District of New York
Honorable Nicholas G. Garaufis
225 Cadman Plz East
Brooklyn New York 11201

        Docket # 10-CV-4589
        RE: Recusal
        <u>RE Submitted</u>

It stands now at this time, after submitting some proof of the attempt on my life, by the (BOP) Bureau of prisons and NYU Langone in Brooklyn NY (Lutheran Hosp.), to this court, and while on your watch, I must ask this court to recuse itself. Although I am sure that this court had nothing to do with it, the mere appearance of impropriety and a conflict of interest that presents itself, recusal is the only remedy at this time.

Again I must ask this court to recuse itself.

                Sincerely Yours
                Stephen LoCurto

cc
AUSA Mace