

6/1/23

RE: 10-CV-4589
IE: Bail

Dear Clerk,

Please post this motion on my docket sheet

Thank you

Stephen LoCurto
#58095-053

Pro SE

6/1/23

Stephen LoCurto #58095-053
Metropolitan Detention Center
Box 329002
Brooklyn New York 11232


United States District Court
Eastern District of New York
Honorable Nicholas G. Garaufis
225 Cadman Plz East
Brooklyn New York 11201

RE: 10-CV-4589
IE: Bail

Dear Judge Garaufis,

It comes now I must move this court to resentence me to time served, do to the physical abuse, mental anguish, and the attempts on my life, by the BOP Bureau of Poisons and it's staff, as well as the staff at NYU Langone. In the alternative I Stephen LoCurto request bail pending the completion of the investigation actively going on by either the O.I.G. Office of Inspector General, the O.I.A. Office of Internal Affairs, or both. It is a fact, that this investigation is baring fruit.

Sincerely Yours,
Stephen LoCurto Pro Se

Metropolitan Detention Center
LoCurto Stephen #58095-053
Box 329002
Brooklyn New York 11232

Court Clerk
United States District Court
Eastern District of New York
Honorable Nicholas G. Garaufis
225 Cadman Plz East
Brooklyn New York 11201

Legal Mail

11201-181829

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232

The enclosed letter was processed through mail procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

*Legal Mail*