7/2/23

Stephen LoCurto #58095-053
Metropolitan Detention Center
Box 329002
Brooklyn New York 11232


United States District Court
Eastern District of New York
Honerable Nicholas G. Garaufis
225 Cadman PLZ East
Brooklyn New York 11201


RE: 10-CV-4589
IE: Information

Dear Judge Garaufis,

I do not want to fire my attorney MR. Freamon. However, Mr Freamon keeps accusing me of making up things that I seen, while I was a patient at the Brooklyn Hospital and the undisclosed Rehab. Center in Queens NY 1/18/21-4/30/21. At our status Conference on 3/2/22, I asked this court to confirm that Frank Lino, was at this Hospital in Brooklyn the same time I was, and indeed had the type of artwork I described, at the left hand side of his bed.

Also, that Joe Masino and James Tartaglione were both at the undisclosed Rehab. Center, at the same time I was.

It is very difficult if not impossible for me to proceed on my 2255 motion, without this confirmation given to Mr. Freemon. It can be done orally, or written by either this court, or AUSA Mace or AUSA Hajjar.

Thank you,

Sincerely Yours

Stephen LoCurto Pro Se

7/2/23

10-cv-4589

Dear Cherli,

Please post this on my docket # 10-cv-4589 and get it to Judge Garaufis ASAP for his ruling

Thank You
Sincerely,

Stephen LoCurto
#58095-053

PRO SE

LoCurto #
Metropolitan Detention Center
Box. 329002
Brooklyn NY 11232

Court Clerk
United States District Court
Eastern District of New York
Honorable Nicholas G. Garaufis
225 Cadman Plz East
Brooklyn NY 11201

Legal mail

METROPOLITAN DETENTION CENTER
80 29TH ST. BROOKLYN, NY 11232

The enclosed letter was processed through mail procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.