

SCHOOL OF LAW
FACULTY

# Seton Hall University

One Newark Center, Newark, New Jersey 07102-5210
Main No.  (973) 642-8800
Fax Nos.  (973) 642-8194 / 8546
Internet:  Http://www.shu.edu/law/

August 26, 2023

Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: LoCurto v. United States
Civ. No. 10-cv-4589
**By ECF**

Dear Judge Bulsara;

Late on August 24, 2023, I received a copy of my client's letter to you, dated August 18, 2023, requesting another status conference on the issue of involvement of cooperating witnesses in the underlying criminal trial in this matter. These witnesses have nothing to do with the issues currently before the court. My client also offered to stipulate to various evidentiary items. I have not discussed these issues with him and do not approve of his offers to stipulate to the items.

I am meeting with my client tomorrow at MDC Brooklyn and the plan is to continue to prepare for the upcoming hearing in earnest. I am writing because, in my view, his letter to you causes some concern with respect to his competency to assist me in preparing for the hearing and his fitness to proceed. Your honor may be aware that I raised a similar concern with Judge Garaufis and, after an ex parte status conference that was held under seal, Judge Garaufis ordered a competency evaluation of my client pursuant to Fed R. Civ. Pro. 35 (DE 187). That evaluation was completed by a Bureau of Prisons psychologist and filed with the court in February of this year. My client was declared to be fit to proceed with the upcoming hearing (DE 200).

I plan to continue to work with my client to prepare for the upcoming hearing. If the issues raised in earlier proceedings and in his letter of August 18 continue to be a problem, I am duty bound to report that to the court. I would request that the court not act on my client's August 18 letter at this time. I am going to urge him to withdraw it. I have every expectation that we will be able to work together to prepare for the hearing but I am also cognizant of my duty to the court to report any concerns I may have about his fitness to proceed.

Very truly yours,

Bernard K. Freamon, Esq.
Attorney for Stephen LoCurto