

SCHOOL OF LAW
FACULTY

Seton Hall University

One Newark Center, Newark, New Jersey 07102-5210
Main No. (973) 642-8800
Fax Nos. (973) 642-8194 / 8546
Internet: Http://www.shu.edu/law/

September 6, 2023

Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        RE: LoCurto v. United States of America
        Civ No. 10-cv-4589
        **BY ECF**

Dear Judge Bulsara:

This letter will constitute the final witness list of the plaintiff, pursuant to your order of August 18, 2023.

Plaintiff hereby declares that he is abandoning his request for discovery of documents identified in the government's privilege log filed under docket entry 111. His final witness list is as follows:

Stephen LoCurto
MDC Brooklyn

Lisa LoCurto
45 Jamie Court
Suffern, New York 10901

Alan Nelson, Esq.
United States Court of Appeals Executive Offices
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007
(212) 857-8726

John D. Buretta, Esq.
Cravath, Swaine, and Moore
Worldwide Plaza
825 Eighth Avenue
New York, New York 10010
(212) 474-1260

Greg Andres, Esq.
Davis Polk
450 Lexington Avenue
New York, New York 10017
(212) 450-4724

Very truly yours,

Bernard K. Freamon, Esq.
Attorney for Stephen LoCurto