SETON HALL LAW SCHOOL
FACULTY
ONE NEWARK CENTER
NEWARK, NEW JERSEY 07102
(973) 642-8500

September 6, 2023

Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       RE: Stephen LoCurto v. United States of America
       Civ. No. 10-cv-4589
       **By ECF**

Dear Judge Bulsara:

Please add the following persons to my final list of witnesses, pursuant to your order of August 18, 2023:

William Ryan
Ryan Investigative Group
943 4th Avenue
Brooklyn, New York 11232
(347) 417-1610

Clerk, United States District Court or Records Custodian
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Very truly yours,

s/ Bernard K. Freamon
Bernard K. Freamon, Esq.
Professor of Law Emeritus